**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Oakley, Inc.<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A<br><br>　　　　Defendants. | Case No. 1:23-cv-03402<br><br>Honorable Jorge L. Alonso |

**MOTION FOR EXTENSION OF TIME**

　　Defendant "**Tranto bike**" ("Defendant") by and through its undersigned counsel, respectfully requests an extension of time to respond to Plaintiff's Complaint. In support, Defendant states as follows:

　　1. Plaintiff filed the Complaint on May 30, 2023.

　　2. Based on the ostensible service date of the Summons, the original due date for Defendant to answer or otherwise respond to the Complaint was **July 13, 2023.**

　　3. The undersigned attorney was recently retained by the Defendant which is based outside US.

　　4. Defendant has been in settlement discussions with Plaintiff but would need additional time to explore settlement and respond to Plaintiff's Complaint.

　　5. This Court may, for good cause, extend the time by which a Defendant's responses are due. Good cause exists in this case.

6. Defendant respectfully requests this Court extend the date for the Defendant to file answer and/or other response(s) to Plaintiff's Complaint, if ultimately necessary, to **August 12, 2023**.

7. Plaintiff has filed a motion for default judgment on July 20, 2023, but has not informed Defendant or Defendant's counsel regarding the motion. In fact, Defendant never received any documents or papers regarding this litigation via email or otherwise (not even the Summons/complaints).

8. No previous request for extension of time was made.

WHEREFORE, Defendant respectfully pray that this Court enter an order extending Defendant's due date to answer and otherwise respond to Plaintiff's Complaint to **August 12, 2023**.

Dated: July 24, 2023

By: /s/ Yong Chen
Yong Chen
Attorney for Defendant
One Penn Plaza, Ste 2508
New York, NY 10119
212.547.6694
Email: ychen@ambizlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **Motion for Extension of Time** was served upon on all counsel of record electronically through CM/ECF on July 24, 2023.

3

/s/ *Yong Chen*

3